# United States Pretrial Services

United States District Court
Central District of California



Kiry K. Gray
Acting Chief U.S. Pretrial Services Officer

Jill F. McClain
Deputy Chief U.S. Pretrial Services Officer

## Passport Receipt

| | |
|---|---|
| Defendant's Name: | **SONG, Suk Chang** |
| Name on passport, if different: | |
| Country of Origin: | **Republic of China** |
| Date passport issued: | **January 5, 2009** |
| Expiration date of passport: | **January 5, 2019** |
| Ordered by court in the Central District of California or | **Santa Ana** |
| Docket Number | **8:18-CR-00153-01** |

FILED
CLERK, U.S. DISTRICT COURT
AUG 2 0 2018
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

_____
Surrendered By

8/20/18
Date

_____
Received By

8-20-2018
Date

_____
Returned To

_____
Date

_____
Returned By

_____
Date

Purpose Returned

Address (if mailed)

---

| Headquarters | Riverside Branch | Santa Ana Branch |
|---|---|---|
| Edward R. Roybal Federal Building and U.S. Courthouse | George E. Brown, Jr. Federal Building and U.S. Courthouse | Ronald Reagan Federal Building and U.S. Courthouse |
| 255 East Temple Street, Suite 1410 | 3470 Twelfth Street, Suite 161 | 411 West Fourth Street, Suite 4070 |
| Los Angeles, CA 90012-3332 | Riverside, CA 92501-3801 | Santa Ana, CA 92701-4596 |
| 213-894-4726 / FAX 213-894-0231 | 951-328-4490 / FAX 951-328-4489 | 714-338-4550 / FAX 714-338-4570 |